# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JEAN POGUE, JOSEPH POGUE, and CASSANDRA MONTGOMERY, : : : Petitioners, : : v. : : UNITED STATES OF AMERICA, : : Respondent. : : | CASE NO. 7:07-CR-00028 HL 28 U.S.C. § 2255 CASE NO. 7:07-CV-90009,10,11 HL |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 169), which recommends denying Petitioners' Motions to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioners' Objections and has made a de novo determination of the portions of the R&R to which Petitioners object.[1] After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

**SO ORDERED,** this the 12th day of June, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

---

[1] It appears from the Objections to Report and Recommendations (Docs. 170, 171, & 172) that Plaintiffs' objections concern the amount of restitution. However, Petitioners "cannot utilize § 2255 to challenge [their] restitution". Mamone v. United States, 559 F.3d 1209, 1211 (11th Cir. 2009)

wbb